AO 245D   (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN District of WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| DEXTER WENDLER | Case Number: CR02-5151RBL |
| | USM Number: 18159-086 |
| | KIETH MacFIE |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation number  5 (Possession of Controlled Substance)  of the conditions of the term of supervision.

☐ was found guilty of violations number _____ of the conditions of the term of supervision after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Possessing a controlled substance (cocaine), in violation of standard condition #7 directing the defendant not to illegally possess a controlled substance. | November 2, 2005 |

**(Continued on Page 2)**

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **XXX-XX- 8153**
(Last four digits only)

Defendant's Date of Birth: **XX-XX-1958**

JAMES D. OESTERLE
Assistant United States Attorney

November 30, 2005
Date of Imposition of Judgment

THE HONORABLE RONALD B. LEIGHTON, United States District Judge
Signature of Judge

December 22, 2005
Date

AO 245D     (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
            Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      DEXTER WENDLER
CASE NUMBER:    CR02-5151RBL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :   One (1) year and one (1) day.

**ALL CRIMINAL MONETARY PENALTIES PREVIOUS IMPOSED, INCLUDING RESTITUTION IN THE AMOUNT OF $65,745.56, REMAIN IN EFFECT TO THE EXTENT THEY REMAIN UNPAID.**

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL